

JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ARIEL C. GREEN (State Bar No. 304780)
ariel.green@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-7302

Attorneys for *Amici Curiae*

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR - 3 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

LODGED
2016 MAR -3 AM 11:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203

Case No. ED No. CM 10-16-SP

**[~~PROPOSED~~] ORDER GRANTING MOTION OF AIRBNB, INC.; ATLASSIAN PTY. LTD.; AUTOMATTIC INC.; CLOUDFLARE, INC.; EBAY INC.; GITHUB, INC.; KICKSTARTER, PBC; LINKEDIN CORPORATION; MAPBOX INC.; A MEDIUM CORPORATION; MEETUP, INC.; REDDIT, INC.; SQUARE, INC.; SQUARESPACE, INC.; TWILIO INC.; TWITTER, INC.; AND WICKR INC. FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Judge: Hon. Sheri Pym

On March 3, 2016, Airbnb, Inc., Atlassian Pty. Ltd., Automattic Inc., CloudFlare, Inc., eBay Inc., GitHub, Inc., Kickstarter, PBC, LinkedIn Corporation, Mapbox Inc., A Medium Corporation, Meetup, Inc., Reddit, Inc., Square, Inc., Squarespace, Inc., Twilio Inc., Twitter, Inc., and Wickr Inc. filed a motion for leave to file a brief as *Amici Curiae* in connection with Respondent Apple Inc.'s Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, which is scheduled for hearing on March 22, 2016.

Having considered the motion, and finding that good cause has been shown, the Court **GRANTS** the motion of Airbnb, Inc., Atlassian Pty. Ltd., Automattic Inc., CloudFlare, Inc., eBay Inc., GitHub, Inc., Kickstarter, PBC, LinkedIn Corporation, Mapbox Inc., A Medium Corporation, Meetup, Inc., Reddit, Inc., Square, Inc., Squarespace, Inc., Twilio Inc., Twitter, Inc., and Wickr Inc. to file a brief as *Amici Curiae*. The brief of *Amici Curiae*, submitted concurrently with the Motion, hereby is ordered and deemed filed.

**IT IS SO ORDERED.**

DATED: March 3, 2016

Honorable Sheri Pym
United States Magistrate Judge